STROTHER MESSERLY, Appellant, v. ASSIGNED ESTATE OF EDWARD B. HULL, Respondent.

St. Louis Court of Appeals, December 18, 1894.

The Ruling in *Hope v. Assigned Estate of Hull, ante* p. 61, is *affirmed.*

*Appeal from the St. Louis City Circuit Court.*—HON. LEROY B. VALLIANT, Judge.

AFFIRMED.

*W. H. Clopton* for appellant.

*P. Wm. Provenchere* for respondent.

BIGGS, J.—In March, 1893, Hull was doing busi-ness in the city of St. Louis as a commission merchant. He sold some hogs for the appellant, and failed to pay for them. A few days afterwards he made an assign-ment. The appellant presented his claim to the assignee, asking that it be allowed for double the amount in accordance with the provisions of section 3579 of the Revised Statutes of 1889. The assignee allowed the claim for its face value only. There was a like judg-ment in the circuit court, and the appellant has again appealed.

The precise question presented by this record was passed on by us in the case of *Hope v. Assigned*

*Estate of E. B. Hull, ante,* p. 61. For the reasons stated in the opinion in that case the judgment of the circuit court in this case will be affirmed. All the judges concur.